IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| JULIO CESAR CASTILLO | § | |
| VS. | § | CIVIL ACTION NO. 1:23cv103 |
| DIRECTOR, TDCJ-CID | § | |

### MEMORANDUM OPINION AND ORDER REGARDING VENUE

Petitioner Julio Cesar Castillo, an inmate confined in the Powledge Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, filed this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner challenges a conviction for aggravated sexual assault of a child in the 351st District Court of Harris County, Texas.

Petitioner filed this petition for writ of habeas corpus in the federal judicial district where he is currently confined.  Pursuant to 28 U.S.C. § 2241(d), a petitioner may bring his petition for writ of habeas corpus in either the federal judicial district in which he was convicted or the district in which he is incarcerated.  In addition, Section 2241(d) provides that a district court in the exercise of its discretion may transfer the action to the other district in the furtherance of justice.

Petitioner was convicted in Harris County, Texas.  Pursuant to 28 U.S.C. § 124, Harris County is in the Houston Division of the Southern District of Texas.  As all records and witnesses involving this action and the underlying criminal conviction may be located in the Southern District, the transfer of this action to such district would further justice.

### ORDER

Based on the foregoing, it is **ORDERED** that this petition is **TRANSFERRED** to the Houston Division of the Southern District of Texas.

SIGNED this 16th day of March, 2023.

_____
Zack Hawthorn
United States Magistrate Judge